**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1794

ROBERT LEE,

Plaintiff - Appellant,

versus

DEMOCRATIC NATIONAL COMMITTEE; INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS; REPUBLICAN
NATIONAL COMMITTEE; NATIONAL ELECTRICAL
CONTRACTORS ASSOCIATION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-04-621-1-LMB)

Submitted: February 9, 2005          Decided: February 14, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee, Appellant Pro Se. Amanda Slater La Forge, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Lee appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Lee's motion for injunctive relief pending appeal and affirm on the reasoning of the district court. See Lee v. Democratic Nat'l Comm., No. CA-04-621-1-LMB (E.D. Va., June 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED